**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-1221**

—————————

In Re:  KAMRAN TAVAKOLI-NOURI,

                                                    Debtor.

———————————————————

KAMRAN  TAVAKOLI-NOURI,  a/k/a  Mohammed  K.
Tavakoli-Nouri, a/k/a Kamran Nouri,

                                        Plaintiff - Appellant,

        versus

WASHINGTON HOSPITAL CENTER; PAUL J. WEBER,

                                        Defendants - Appellees,

GEORGE W. LIEBMANN; OFFICE OF THE U.S. TRUSTEE,

                                                    Trustees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-96-
3971-AMD, BK-96-52136-JFS)

—————————

Submitted:  August 14, 1997        Decided:  August 20, 1997

—————————

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kamran Tavakoli-Nouri, Appellant Pro Se.  Lawrence Edward Rubin, RUBIN & RUBIN, P.C., Silver Spring, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the bankruptcy court's order denying his various motions. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tavakoli-Nouri v. Washington Hosp.</u>, Nos. CA-96-3971-AMD; BK-96-52136-JFS (D. Md. Jan. 10 & 23, 1997). Additionally, we deny the Appellant's motion for production of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>